# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Coby, | No. CV-22-00443-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Viking, | |
| Defendant. | |

The Court has received the parties Stipulation of Dismissal With Prejudice (Doc. 12).

IT IS ORDERED dismissing this case with prejudice and directing the Clerk of Court to terminate this action.

Dated this 8th day of July, 2022.

Honorable Susan M. Brnovich
United States District Judge